IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
          vs.                       )      Criminal Number 01-12E
                                    )
NATHAN OVERTON                      )

The above named defendant satisfied the judgment of FEBRUARY 26, 2002 by paying on DECEMBER 04, 2007 full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  12/10/07
Deputy Clerk                 Date